

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2014

No. 04-14-00132-CR

Leonard Garcia **LAZO**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 12-05-00060-CRK
Honorable Bert Richardson, Judge Presiding

# O R D E R

The Clerk's Notification of Late Record is hereby GRANTED. The clerk's record is deemed filed as of May 28, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court